# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

STEVEN D. KIDERLEN,        )
                       )
           Petitioner,    )
v.                      )     No. 2:11-cv-127-JMS-DKL
                       )
WARDEN, United States Penitentiary,)
                       )
          Respondent.    )

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.     The petitioner's motion for immediate reconsideration [57] is denied. The reason for this ruling is that the motion is unfocused and fails to identify any specific deficiency in any specific ruling issued in this case. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

2.     The petitioner has tendered subpoenas. These shall not be issued because a hearing has not been set, because discovery has not been authorized, and because there is no showing that the resolution of the action, which is now fully briefed, requires or would be advanced through the issuance of the tendered subpoenas.

**IT IS SO ORDERED.**

Date: _01/11/2012_____

_Jane Magnus-Stinson_

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Steven D. Kiderlen**
**No. 32711-044**
**United States Penitentiary**
**P.O. Box 019001**
**Atwater, CA 95301**

**Gerald A. Coraz**
**United States Attorney's Office**
**gerald.coraz@usdoj.gov**