UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEVEN D. KIDERLEN, )<br>)<br>Petitioner, )<br>v. )<br>)<br>WARDEN, United States Penitentiary,)<br>)<br>Respondent. ) | No. 2:11-cv-127-JMS-DKL |

## Entry and Notice

A copy of the petitioner's written inquiries filed on December 5, 2011 (dkt 54), **shall be included** with the petitioner's copy of this Entry. The court acknowledges the petitioner's inquiry, but is not positioned to provide an answer to him beyond this acknowledgment. *Piggie v. Gibbs*, 2008 WL 2486507, *1 (S.D.Ind. 2008)("'District judges have no obligation to act as counsel or paralegal to pro se litigants.'") (quoting *Pliler v. Ford*, 542 U.S. 225, 231 (2004)).

**IT IS SO ORDERED.**

Date: 01/12/2012

*Jane Magnus-Stinson*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Steven D. Kiderlen
No. 32711-044
United States Penitentiary
P.O. Box 019001
Atwater, CA 95301

Gerald A. Coraz
United States Attorney's Office
gerald.coraz@usdoj.gov

Note to Clerk: Processing this document requires actions in addition to docketing and distribution.